UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN B. DAVIS,<br><br>         Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>         Defendants. | Case No.: 17-cv-1997-BAS-AGS<br><br>**ORDER DENYING MOTION FOR EARLY DISCOVERY (ECF No. 35)** |

Plaintiff seeks leave to serve a third-party Rule 45 subpoena prior to the Rule 26(f) Conference. *See* ECF No. 35. Ordinarily, a party may not seek discovery "from any source" prior to the Rule 26(f) conference. Fed. R. Civ. P. 26(d)(1); *Malibu Media, LLC v. Doe*, No. 16cv444 GPC (BGS), 2016 WL 1618227, at *3-4 (S.D. Cal. Apr. 22, 2016); *Malibu Media, LLC v. John Does 1 through 16*, No. 12-cv-1847-AJB (DHB), 2012 WL 3809128, at *3-5 (S.D. Cal. Sept. 4, 2012). In order to justify issuance of an early subpoena, plaintiff must show "good cause." *See Malibu Media*, 2016 WL 1618227, at *2.

Here, plaintiff does not seek information to identify the defendants and does not provide good cause for the requested early discovery. *See Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980) (allowing the issuance of early subpoenas to identify "Doe" defendants). Instead, Plaintiff seeks sixteen categories of documents from a non-party –

1

the Office of the City Attorney.  *See* ECF No. 35.  The requests are extremely over-broad, vaguely worded, and seek significant amounts of irrelevant information.  Id.  Because Plaintiff has not established good cause for the broad requests, Plaintiff's motion for early discovery is **DENIED**.

**IT IS SO ORDERED.**

Dated:  1/8/2019

Hon. Barbara L. Major
United States Magistrate Judge